UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BENSON #274107,

    Plaintiff,

v.

M. FARBER, et al.,

    Defendants.
_____/

Case No. 1:23-cv-268

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Farber filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 13, 2024, recommending that this Court grant the motion and enter judgment.[1]  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 63) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 58) is GRANTED.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might

---

[1] The other Defendants were dismissed by prior orders of the Court (ECF Nos. 12 and 45).

raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

    A Judgment will be entered consistent with this Order.


Dated:  September 11, 2024                 /s/  Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                    United States District Judge