UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BENSON #274107,

    Plaintiff,

v.

                                Case No. 1:23-cv-268

M. FARBER, et al.,                    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: September 11, 2024                       /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge